United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MUHAMMAD Z.[1], § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-280 |
| § | |
| PAMELA BONDI, *et al.*, § | |
| Respondents. § | |

## ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Before the Court is Petitioner Muhammad Z.'s "Petition for Writ of Habeas Corpus." Dkt. No. 1. Petitioner, a citizen of Pakistan, claims his detention "is based on a misreading of the Immigration and Nationality Act[.]" Dkt. No. 1, p. 2. He claims his detention violates his rights "under the Due Process Clause, the INA, and the Administrative Procedure Act[.]" *Id.*

Petitioner's allegations raise a genuine question as to whether his continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

Accordingly, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted **no later than December 10, 2025**. If Petitioner chooses to file a reply to Respondents' response to this order, Petitioner must do so **no later than December 29, 2025**.

At this time, the Court finds good cause exists to forego setting a hearing until the issues in the case are fully briefed.

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Signed on November 24, 2025.

_____
Karen Betancourt
United States Magistrate Judge